GEORGE W. GALLINGER, Respondent, *v.* OSCAR HAMMERSTEIN, Appellant.

Reported below, 22 App. Div. 629.
(Submitted June 20, 1898 ; decided June 24, 1898.)

MOTION to compel the filing of a new undertaking on appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground of the insufficiency of the sureties on the undertaking filed.

*George W. Gallinger* for motion.

*Wise & Lichtenstein* opposed.

Motion granted requiring the appellant to file new undertaking within twenty days after service of this order, and in default thereof the appeal is dismissed, with costs.

———————

JOHN R. DRAKE, Appellant, *v.* THE NEW YORK IRON MINE et al., Respondents.

(Submitted June 20, 1898; decided June 24, 1898.)

Motion for reargument or that remittitur be amended denied, with ten dollars costs. (See 156 N. Y. 90.)